UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; HP INC., a Delaware corporation; and HEWLETT-PACKARD DEVELOPMENT COMPANY L.P., a Texas limited partnership,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OMAR SRHIR, an individual; HP SUPPLY LLC, a Wyoming limited liability company; HP SUPPLY LLC, a California limited liability company; and DOES 1-10,<br><br>　　　　　　　　Defendants. | CASE NO. 2:25-cv-00412-TL<br><br>ORDER |

The following Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

　　(1) On August 8, 2025, the Clerk of Court entered default against all Defendants.

　　Dkt. No. 16. Accordingly, the Court set a deadline of ninety days within which

ORDER - 1

Plaintiffs were directed to move for default judgment or other relief. Dkt. No. 17.

(2) On October 23, 2025, on Defendant Omar Srhir's motion (Dkt. No. 21), the Court set aside the entry of default as to Defendant Omar Srhir only. Dkt. No. 31.

(3) Courts in this Circuit "have long recognized that default judgment should not be entered against a defaulting defendant 'until the matter has been adjudicated with regard to all defendants.'" *Mason v. City of Lake Forest Park*, 2014 WL 4093933, at *3 (W.D. Wash. Aug. 18, 2014) (quoting *Nielson v. Chang*, 253 F.3d 520, 531–32 (9th Cir. 2001)).

(4) Accordingly, the Court WITHDRAWS its order at Docket No. 17. Plaintiffs are not required to move for default judgment against Defendants HP Supply LLC (Wyoming) or HP Supply LLC (California) at this time.

Dated this 31st day of October, 2025.

United States District Judge